IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REBECCA JORDAN, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-CV-03620-K |
| | § | |
| UNITED HEALTHCARE SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS AND COMPEL ARBITRATION

COME NOW Plaintiff Rebecca Jordan (hereinafter, "Plaintiff" or "Jordan") and Defendant United Healthcare Services, Inc. (hereinafter, "Defendant" or "UHS") and file this Joint Motion to Dismiss and Compel Arbitration and respectfully show the Court as follows:

Plaintiff and Defendant are parties to an enforceable Arbitration Agreement ("Arbitration Agreement") that covers the claim brought by Plaintiff in this lawsuit. In accordance with the Parties' Arbitration Agreement, the Parties agree to move this matter and Plaintiff's claims into arbitration in accordance with the terms of the written arbitration agreement entered into between the Parties.

Accordingly, this Court should enter an order compelling the arbitration of this matter and dismissing this lawsuit without prejudice.

WHEREFORE, the Parties respectfully request an order compelling the arbitration of this matter and dismissing this lawsuit without prejudice.

Dated this 3rd day of November, 2014.

          Respectfully submitted,

/s/ *Lindsey D. Sberna*
Edward F. Berbarie
Texas State Bar No. 24045483
eberbarie@littler.com
Lindsey D. Sberna
Texas State Bar No. 24055434
lsberna@littler.com

LITTLER MENDELSON, P.C.
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100
214.880.0181 (Fax)

ATTORNEYS FOR DEFENDANT
UNITED HEALTHCARE SERVICES, INC.


/s/  *Vijay Pattisapu*
Vijay Pattisapu
Texas State Bar No. 24083633
vijay@rosslawgroup.com


THE ROSS LOAW GROUP
5956 Sherry Lane
Suite 1000, PMB 106
Dallas, TX  75225
214.716.4567
855.867.4455 (Fax)

ATTORNEY FOR PLAINTIFF
REBECCA JORDAN