IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REBECCA JORDAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | NO. 3:14-CV-03620-K |
| | § | |
| UNITED HEALTHCARE SERVICES, INC., | § § | |
| | § | |
| Defendant. | | |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss and Compel Arbitration (Doc. No. 6), filed on November 3, 2014. The Motion is **GRANTED**. The parties are ordered to submit this matter to arbitration according to their Arbitration Agreement. This case is **DISMISSED without prejudice**.

**SO ORDERED**.

Signed November 5th, 2014.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE